**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **19-cr-437-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK URIBES,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

### **COUNT 1**

On or about January 31, 2018, in the State and District of Colorado, the defendant, MARK URIBES, did knowingly and intentionally possess with intent to distribute and distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### **COUNT 2**

On or about February 9, 2018, in the State and District of Colorado, the defendant, MARK URIBES, did knowingly and intentionally possess with intent to distribute and distribute, 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

A TRUE BILL:

<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: _s/Emily Treaster_____
EMILY TREASTER
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Emily.Treaster@usdoj.gov
Attorney for the Government