| | |
|---|---|
| DEFENDANT: | MARK URIBES |
| AGE/YOB: | 1986 |
| COMPLAINT FILED? | _____ Yes   __X__ No  If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ Yes __X__ No   If No, a new warrant is required | |
| OFFENSE(S): | Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) (Possession with Intent to Distribute/Distribution of Cocaine)  Count 2: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) (Possession with Intent to Distribute/Distribution of Methamphetamine) |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | Count 1: NMT 20 years' imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee.  Count 2: NLT 10 years' imprisonment and NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years' supervised release and up to life; $100 special assessment fee. |
| AGENT: | Larry Bazin  Special Agent, ATF |
| AUTHORIZED BY: | AUSA Emily Treaster  Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X_ five days or less;  ___ over five days

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.