AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| 1. MARK URIBES | ) Case No. 19-cr-437-WJM |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARK URIBES                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

    Count 1: Possession with Intent to Distribute/Distribution of Cocaine, in violation of
    21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

    Count 2: Possession with Intent to Distribute/Distribution of Methamphetamine, in violation of
    21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)

Date:  10/10/2019                                   s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado                  Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*