IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00437-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK ANTONIO URIBES,

      Defendant.

_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Mary V. Butterton
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Mary_Butterton@fd.org
      Attorney for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Emily Treaster, Assistant United States Attorney
      Email: Emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Mark Uribes (via U.S. Mail)

      s/ Mary V. Butterton
      MARY V. BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Mary_Butterton@fd.org
      Attorney for Defendant