AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 OCT 16 PM 2:48
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| 1. MARK URIBES | )  Case No.  19-cr-437-WJM |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARK URIBES                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute/Distribution of Cocaine, in violation of
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

Count 2: Possession with Intent to Distribute/Distribution of Methamphetamine, in violation of
21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)

Date: 10/10/2019                                                           s/ A. Garcia Garcia - Deputy Clerk
                                                                                          *Issuing officer's signature*

City and state:     Denver, Colorado                                Jeffrey P. Colwell - Clerk of Court
                                                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 10/16/19 , and the person was arrested on *(date)* 10/16/19
at *(city and state)* Denver, CO .

Date: 10/16/19                                                              *[signature]*
                                                                                      *Arresting officer's signature*

                                                                                  Larry Bazin  Special Agent
                                                                                      *Printed name and title*