IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00437-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARK URIBES,

       Defendant.

---

## NOTICE OF DISPOSITION
---

       Defendant, Mark Uribes, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government.  The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

       Respectfully submitted this 27th day of November, 2019.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ Mary V. Butterton*
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_butterton@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Emily Treaster, Assistant United States Attorney
  Email: emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mark Uribes (via U.S. Mail)

             *s/ Mary V. Butterton*
             MARY V. BUTTERTON
             Assistant Federal Public Defender
             633 17th Street, Suite 1000
             Denver, CO  80202
             Telephone:  (303) 294-7002
             FAX:  (303) 294-1192
             Mary_Butterton@fd.org
             Attorney for Defendant