IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00437-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARK URIBES,

       Defendant.

---

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

       Defendant, Mark Uribes, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby requests that this Court continue the Change of Plea hearing currently set for December 31, 2019 at 10:45 a.m. to a date that fits with the Court's calendar in February 2020. In support of this request, he states as follows:

       1.    On November 27, 2019, Mr. Uribes file a Notice of Disposition in this matter. Doc. 15.

       2.    On December 2, 2019, the Court set a Change of Plea hearing for December 31, 2019. Doc. 16.

       3.    The parties require additional time to discuss new discovery that could have a direct impact on both plea negotiations and the anticipated advisory guideline range, including but not limited to U.S.S.G. § 5C1.2.

       4.    These tasks can be completed before February of 2020.

5. Mr. Uribes is currently on bond and not prejudiced by this request. Further, undersigned counsel has consulted with Assistant United States Attorney Emily Treaster, who has indicated she has no objection.

WHEREFORE, Mr. Uribes respectfully requests that this Court continue the Change of Plea hearing currently set for December 31, 2019 at 10:45 a.m. to a date that fits with the Court's calendar in February 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Emily Treaster, Assistant United States Attorney
    Email: emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mark Uribes (via U.S. Mail)

               *s/ Mary V. Butterton*
               MARY V. BUTTERTON
               Assistant Federal Public Defender
               633 17th Street, Suite 1000
               Denver, CO  80202
               Telephone:  (303) 294-7002
               FAX:  (303) 294-1192
               Mary_Butterton@fd.org
               Attorney for Defendant