IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00437-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK URIBES,

        Defendant.

---

**SECOND UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

        Defendant, Mark Uribes, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby requests that this Court continue the Change of Plea hearing currently set for March 2, 2020 at 10:00 a.m. to a date that fits with the Court's calendar in approximately 90 days. In support of this request, he states as follows:

        1.    On November 27, 2019, Mr. Uribes filed a Notice of Disposition in this matter. Doc. 15. The Court subsequently set a Change of Plea hearing for December 31, 2019. Doc. 16.

        2.    On December 18, 2019, Mr. Uribes filed an Unopposed Motion to Continue the Change of Plea Hearing. Doc. 17. That motion was granted and the Change of Plea Hearing was set for March 2, 2020. Doc. 18.

        3.    The parties have recently learned of additional discovery in this matter that will affect the guideline calculation and ultimate sentencing position of the parties. This discovery requires follow up investigation and likely additional negotiation between the parties of the terms of the plea agreement.

4. These tasks, including follow up investigation of the additional discovery by the Government and Mr. Uribes' counsel, can be completed within 90 days.

5. Mr. Uribes is currently on bond and not prejudiced by this request. Further, undersigned counsel has consulted with Assistant United States Attorney Emily Treaster, who has indicated she has no objection.

WHEREFORE, Mr. Uribes respectfully requests that this Court continue the Change of Plea hearing currently set for March 2, 2020 at 10:00 a.m. to a date that fits with the Court's calendar in approximately 90 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

       Emily Treaster, Assistant United States Attorney
       Email: emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Mark Uribes (via U.S. Mail)

*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

3