IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00437-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARK URIBES,

       Defendant.

---

**THIRD UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

Defendant, Mark Uribes, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby requests that this Court continue the Change of Plea hearing currently set for June 2, 2020 at 10:30 a.m. to a date that fits with the Court's calendar in approximately 60 days. In support of this request, he states as follows:

1. On November 27, 2019, Mr. Uribes filed a Notice of Disposition in this matter. Doc. 15. The Court subsequently set a Change of Plea hearing for December 31, 2019. Doc. 16.

2. On December 18, 2019, Mr. Uribes filed an Unopposed Motion to Continue the Change of Plea Hearing. Doc. 17. That motion was granted and the Change of Plea Hearing was set for March 2, 2020. Doc. 18.

3. On February 24, 2020, Mr. Uribes filed a second Unopposed Motion to Continue the Change of Plea Hearing, based on the need to follow up on additional discovery that would materially affect the guideline calculation. Doc. 19. That motion was granted and the Change of Plea Hearing was set for June 2, 2020. Doc. 20.

4. Unfortunately, the circumstances of the COVID-19 pandemic have severely limited the parties' ability to conduct the necessary investigation and meetings to complete the tasks anticipated by the second Motion to Continue. The parties are diligently working to complete these tasks and come to terms of a plea agreement. Undersigned counsel has consulted with the Government and believes these tasks can be completed within the next 60 days.

5. Mr. Uribes is currently on bond and not prejudiced by this request. Further, undersigned counsel has consulted with Assistant United States Attorney Emily Treaster, who has indicated she has no objection.

WHEREFORE, Mr. Uribes respectfully requests that this Court continue the Change of Plea hearing currently set for June 2, 2020 at 10:30 a.m. to a date that fits with the Court's calendar in approximately 60 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ Mary V. Butterton*
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Emily Treaster, Assistant United States Attorney
  Email: emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mark Uribes (via U.S. Mail)

            *s/ Mary V. Butterton*
            MARY V. BUTTERTON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Mary_Butterton@fd.org
            Attorney for Defendant