IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              August 4, 2020
Courtroom Deputy: Anna Frank
Court Reporter:    Mary George

| | |
|---|---|
| Criminal Action No. **19-cr-437-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Emily Treaster |
|     Plaintiff, | |
| v. | |
| 1. MARK URIBES, | Mary Butterton |
|     Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**10:34 a.m.    Court in session.**

Appearances of counsel. Defendant is present on bond.

Defendant sworn.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads guilty to Count 2 of the Indictment.

**ORDERED:** Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:** Defendant's plea of guilty to Count 2 is ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's

Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** Sentencing is set for December 30, 2020 at 1:00 p.m.

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby vacated. Any pending motions are hereby denied as moot.

**ORDERED:** The Court finds that there are exceptional circumstances to allow this Defendant to remain on bond, as stated on the record. The Court also finds that by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to the safety of the community. It is therefore, ordered that the Defendant's bond is continued subject to the same conditions of release as set forth in the Order Setting Conditions of Release.

**11:09 a.m.     Court in recess.**

Total time in court: 0:35

Hearing concluded.