IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00437-WJM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

MARK URIBES,

　　　　Defendant.

───────────────────────────────────────────────────────────────

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
───────────────────────────────────────────────────────────────

　　　　Defendant, Mark Uribes, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby requests that this Court continue the Sentencing Hearing currently set for December 30, 2020, at 1:00 p.m. to a date that fits with the Court's calendar in February 2021. In support of this request, he states as follows:

　　　　1.　On August 4, 2020, Mr. Uribes entered a plea of guilty to Count Two of an indictment charging him with possessing with intent to distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii). Docs. 1, 26. The Court subsequently set a Sentencing Hearing for December 30, 2020. Doc. 26.

　　　　2.　Mr. Uribes is on pretrial release; his bond was continued following his Change of Plea Hearing. *Id.*

　　　　3.　Mr. Uribes is scheduled to have knee surgery on December 10, 2020. The recovery, during which he will have limited mobility and will be monitored for infection, is expected to last 4 to 6 weeks. *See* Exhibit A, letter from Mr. Uribes' physician.

4.     The Sentencing Hearing is set to occur at the Arraj Courthouse.[1] Mr. Uribes is anticipating a sentence of imprisonment will be imposed in this matter and understands that the Court could take him into custody after imposing sentence under 18 U.S.C. §3143(a)(2).

5.     Given his limited mobility and susceptibility to infection post-surgery, both travel to the Courthouse and potential remand on December 30 would be difficult and potentially dangerous to Mr. Uribes' health.

6.     Continuing this hearing to February 2021 will allow Mr. Uribes to recover from this surgery before his hearing and before remand or reporting to the Bureau of Prisons.

7.     Mr. Uribes is currently on bond and not prejudiced by this request. Further, undersigned counsel has consulted with Assistant United States Attorney Emily Treaster, who has indicated she has no objection.

WHEREFORE, Mr. Uribes respectfully requests that this Court continue the Sentencing Hearing currently set for December 30, 2020 at 1:00 p.m. to a date that fits with the Court's calendar in February 2021.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                *s/ Mary V. Butterton*
                MARY V. BUTTERTON
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Mary_butterton@fd.org
                Attorney for Defendant

---

[1] While some matters in the District of Colorado are proceeding by video teleconference under General Order 2020-4, Mr. Uribes has not filed a motion requesting a video hearing, given the serious nature of the charges and potential sentence.

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Emily Treaster, Assistant United States Attorney
  Email: emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mark Uribes (via U.S. Mail)

            *s/ Mary V. Butterton*
            MARY V. BUTTERTON
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Mary_Butterton@fd.org
            Attorney for Defendant