# EXHIBIT A



December 3, 2020

**PATIENT INFORMATION**:
**Patient Name :** Uribes, Mark
**Date of Birth:** 06/14/1986

To whom it may concern,

Mark Uribes is under my care for his left knee. He is to undergo surgery for irrigation and debridement of the left knee on 12/10/2020 at St. Anthony's Hospital. His expected recovery will be approximately 4-6 weeks. He will be monitored closely over the next several weeks to prevent infection. Please contact m y office with any questions.

Electronically signed by Nimesh Patel