IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00437-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK URIBES,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of January, 2021.

                                      JASON R. DUNN
                                      United States Attorney

By:    *s/ Andrea Surratt*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: 303-454-0100; Fax: 303-454-0405
        Andrea.Surratt@usdoj.gov
        Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of January, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Danielle Cooley-Graham*
Legal Assistant
United States Attorney s Office