IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-437-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK URIBES,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS AS TO DEFENDANT MARK URIBES

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant MARK URIBES in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 17, 2020, the defendant pled guilty to Count Two of the Indictment (Dkt #24) pursuant to the terms enumerated in a written plea agreement (Dkt #27). Sentencing is scheduled for February 17, 2021. (Dkt #33).

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the Indictment as to this defendant. Specifically, the Government moves to dismiss Count One of the Indictment.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of the Indictment as to defendant MARK URIBES at the time of sentencing in the above-captioned matter.

Respectfully submitted this 3rd day of February, 2021.

          JASON R. DUNN
          United States Attorney

By:   s/ Andrea Surratt
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail: Andrea.Surratt@usdoj.gov
      Attorney for the Government