IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: February 17, 2021
Courtroom Deputy: Anna Frank
Court Reporter: Mary George
Probation Officer: Michelle Means

| | |
|---|---|
| Criminal Action No. **19-cr-437-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Surratt |
| | Sonia Dave |
| Plaintiff, | |
| v. | |
| 1. MARK URIBES, | Mary Butterton |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:35 a.m.     Court in session.**

Appearances of counsel. Defendant is present on bond.

Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  The Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [ECF 36] is granted.

**ORDERED:**  The Government's Rule 48 Motion to Dismiss Counts as to Defendant Mark Uribes [ECF 37] is granted. Count 1 of the Indictment is dismissed with prejudice.

Argument on Safety Valve eligibility.

**ORDERED:**  Defendant is eligible for Safety Valve status.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:**  The Defendant's Motion for Non-Guideline Sentence [ECF 34] is granted in part and denied in part.

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 58 months as to Count 2 of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 4 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

The Court recommends to the director of the Bureau of Prisons that the defendant be designated to an institution with the most comprehensive substance abuse program for which he is eligible.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

**ORDERED:**  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  The Court finds that exceptional circumstances exist in this matter and the Court finds that by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. It is therefore, ordered that the defendant, surrender at the institution designated by the Bureau of Prisons on March 24, 2021 by 12:00 p.m. Failure to report will be a new and separate criminal offense.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant's bond is continued.

**11:10 a.m.    Court in recess.**

Total time in court: 1:35

Hearing concluded.