**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00437 -WJM-001
UNITED STATES OF AMERICA,

        Plaintiff,

v.

Mark URIBES,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that the Defendant, Mark Uribes, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Federal Correctional Institution-Englewood, located in Littleton, Colorado, before 12:00p.m. on Wednesday, March 24, 2021, and will travel at his own expense.

        DATED at Denver, Colorado, this    2nd    day of March, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge